UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMERICA, INC.,

              Plaintiff,
v.                        Case No. 8:11-cv-2017-T-33EAJ

EAGLE HEALTHCARE, INC. and
PAYLESS DRUG STORES, INC.,

              Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the September 30, 2011, Report and Recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 49), in which Judge Jenkins recommends that Plaintiff's Motion for Preliminary Injunction (Doc. # 2) be denied. Judge Jenkins conducted an evidentiary hearing in this matter on September 19, 2011. (Doc. # 36). Plaintiff filed a timely Objection to the Report and Recommendation (Doc. # 54) and Defendant Payless Drug Store, Inc. filed a Response in Opposition to the Objection. (Doc. # 59).

After careful consideration, the Court adopts Judge Jenkins' Report and Recommendation and overrules the filed Objection.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation, the Objection and the Response, the Court overrules the Objection, adopts the Report and Recommendation and denies the Motion for Preliminary Injunction. The Court agrees with Judge Jenkins' detailed and well-reasoned findings of fact and conclusions of law. As correctly pointed out by PayLess Drug Stores, "PharMerica doesn't so much 'object' to Judge Jenkins' findings as simply

rehash its preliminary injunction motion with little or no reference to Judge Jenkins' careful findings and legal conclusions." (Doc. # 59 at 1). The Report and Recommendation thoughtfully addresses the issues presented during the evidentiary hearing, and the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 49) is **ACCEPTED AND ADOPTED**.

(2) Plaintiff's Motion for Preliminary Injunction (Doc. # 2) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of December, 2011.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record